**Order filed June 10, 2014.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

———————

## NO. 14-14-00424-CV

———————

### In the Interest of A.J.E.M-B., a Child

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-02991J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a).

The notice of appeal was filed May 29, 2014. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The substitute reporter, **Geneva M.**

**Villanueva**, has not filed her part of the record. She requested an extension of time, but in her extension request, she stated that appellant is not appealing as indigent. A pauper's oath has been filed in this case. In addition, Stephanie Wells, the deputy official court reporter, filed three volumes of the reporter's record stating that payment was made pursuant to a pauper's oath.

Because the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We **GRANT** the request for an extension of time to file the remainder of the reporter's record. We order **Geneva M. Villanueva**, the substitute court reporter, to file the record in this appeal **on or before June 20, 2014.**


PER CURIAM